Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  18−25061−RG
                Chapter:  13
                Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Randoph S. Grant
    191 Ballantine Parkway
    Newark, NJ 07104

Social Security No.:
    xxx−xx−3381

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/7/18 at 10:00 AM

to consider and act upon the following:

*18* − Objection to Trustee's Certification of Default (related document:16 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 10/15/2018. (Attachments: # 1 Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Michael Schwartzberg on behalf of Randoph S. Grant. (Schwartzberg, Michael)

Dated: 10/31/18

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court