UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
loanDepot.com, LLC

In Re:
Randolph Grant           Debtor
Marion Sennon-Grant      Co-Debtor

Order Filed on June 24, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No:   18-25061 RG

Chapter: 13

Hearing Date:  06/19/2019
Judge:  ROSEMARY GAMBARDELLA

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: June 24, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

[Type text]

Upon the motion of LoanDepot.com, LLC, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■  Real Property More Fully Described as:

    **Land and premises commonly known as Lot 41, Block 683, 189 Ballantine Parkway a/k/a 189-195 Ballantine Parkway, Newark NJ 07104**

- ☐  Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*