Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 18−25061−RG
          Chapter: 13
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Randoph S. Grant
 191 Ballantine Parkway
 Newark, NJ 07104

Social Security No.:
 xxx−xx−3381

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

 NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/10/19.

 Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 10, 2019
JAN: car

                    Jeanne Naughton
                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-25061-RG
Randoph S. Grant                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1              Date Rcvd: Jul 10, 2019
                             Form ID: 148             Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2019.
```
db              +Randoph S. Grant,    191 Ballantine Parkway,    Newark, NJ 07104-1403
517669407       +KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,    Collingswood, NJ 08108-2812
517804665       +LoanDepot.com, LLC,    c/o Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
517678578       +US Dept of Education/MOHELA,    633 Spirit Dr,    Chesterfield MO 63005-1243
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 11 2019 00:47:39      U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 11 2019 00:47:35      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
cr              +EDI: RMSC.COM Jul 11 2019 04:18:00      Synchrony Bank, c/o PRA Recievables Management, LL,
                  POB 41021,   Norfolk, VA 23541-1021
517754694        EDI: BECKLEE.COM Jul 11 2019 04:18:00      American Express National Bank,
                  c/o Becket and Lee LLP,    PO Box 3001,   Malvern  PA 19355-0701
517773109        EDI: CAPITALONE.COM Jul 11 2019 04:18:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                  Charlotte, NC  28272-1083
517804709       +EDI: CITICORP.COM Jul 11 2019 04:18:00      Citibank, N.A.,   Citibank, N.A.,
                  701 East 60th Street North,    Sioux Falls, SD 57104-0493
517673697       +EDI: RMSC.COM Jul 11 2019 04:18:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                  PO Box 41021,   Norfolk, VA 23541-1021
517669408       +E-mail/Text: bknotification@loandepot.com Jul 11 2019 00:48:14      loanDepot.com, LLC,
                  26642 Towne center Drive,    Foothill Ranch, CA 92610-2808
                                                                                              TOTAL: 8
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2019 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    LoanDepot.com, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    LoanDepot.com, LLC kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Michael Schwartzberg    on behalf of Debtor Randoph S. Grant michael@jerseylaws.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```